# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 73221-8-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD D. FOX, | ) | |
| EDWIN A. FOSTER, | ) | |
| | ) | |
| Defendants, | ) | UNPUBLISHED OPINION |
| | ) | |
| and | ) | FILED: November 16, 2015 |
| | ) | |
| TREVOR SCOTT UTLEY, | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |

PER CURIAM — Trevor Utley appeals from the restitution order entered after he pleaded guilty to one count of assault in the second degree. The State concedes that the evidence was insufficient to establish a causal connection between the crime and the victim's medical expenses. See State v. Dennis, 101 Wn. App. 223, 6 P.3d 1173 (2000).

We accept the State's concession and remand the matter to the trial court with instructions to strike the award of medical expenses and enter an amended restitution award for the unchallenged travel and closing costs of $468. In light of

the State's concession, we need not address Utley's remaining assignments of error.

Remanded.

FOR THE COURT:

_____

_____

_____